**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____

CHRISTINA PATTERSON FAY,                 )
                                         )
              Plaintiff,                 )
                                         )          Case No. 1:20-cv-01893-RCL
v.                                       )
                                         )
HUMANE SOCIETY OF THE                    )
UNITED STATES, et al.                    )
                                         )
              Defendants                 )
_____ )

### DEFENDANT TOWN OF WOLFEBORO, NEW HAMPSHIRE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

   NOW COMES the Defendant, Town of Wolfeboro, New Hampshire ("Wolfeboro"), by and through its attorneys, BONNER KIERNAN TREBACH & CROCIATA, LLP[1], and hereby respectfully submits this Motion to Dismiss.  In support of its Motion, Wolfeboro states as follows:

   1.      The Plaintiff, Christina Patterson Fay ("Plaintiff"), has filed a three (3) count Complaint arising from events and circumstances surrounding her arrest and conviction for animal cruelty charges in New Hampshire.  The counts include federal constitutional claims, a RICO conspiracy, and various common law tort claims including theft, conversion, defamation, slander, trespass, and intentional infliction of emotional distress.

   2.      Wolfeboro moves to dismiss the Complaint in its entirety for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

---

[1]   Bonner Kiernan, et al. is local counsel for Defendant, Town of Wolfeboro, New Hampshire and the firm of Devine, Millimet & Branch, Professional Association.

3.      In the alternative, Wolfeboro requests that this Honorable Court transfer this case to the District of New Hampshire pursuant to 28 U.S.C. § 1404(a).

4.      In further support of its Motion, Wolfeboro relies upon and incorporates herein by reference its Memorandum of Law in Support of Motion to Dismiss.

5.      Filed herewith is a Proposed Order on Motion to Dismiss pursuant to Local Civil Rule 7(c).

WHEREFORE, Wolfeboro respectfully requests that this Honorable Court:

A.      Dismiss the Plaintiff's Complaint in its entirety for lack of personal jurisdiction;

B.      Alternatively, transfer this case to the United States District Court for the District of New Hampshire pursuant to 28 U.S.C. § 1404(a); and

C.      Grant Defendant Town of Wolfeboro such other and further relief as this Court deems just and equitable.


Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


*/s/ Katherine B. Yoder*
_____
Katherine B. Yoder, Esq. (Bar No. 477980)
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
kyoder@bonnerkiernan.com
***Attorneys for Defendant***
***TOWN OF WOLFEBORO, NEW HAMPSHIRE***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 17th day of July 2020, a copy of the foregoing *Defendant Town of Wolfeboro, New Hampshire's Motion to Dismiss for Lack of Personal Jurisdiction*, which was filed electronically in this case on July 17, 2020, was sent via first class mail, postage prepaid, to:

> Paul Zukerberg, Esq.
> ZUKERBERG & HALPERIN, PLLC
> 1790 Lanier Place NW
> Washington, DC 20009
> (202) 232-6400
> paul@zukerberg.com
> *Attorney for Plaintiff*
>
> Gabriela Richeimer, Esq.
> 1775 Pennsylvania Avenue NW, Suite 400
> Washington, DC 20006
> (202) 747-5107
> gaby.richeimer@clydeco.us
> *Attorneys for Defendants Humane Society*
> *of the United States and Leana Elaine Stormont*

/s/ Katherine B. Yoder

_____
Katherine B. Yoder